1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney                    JS-6
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
        Office of the General Counsel
8       Office of Program Litigation
9       Social Security Administration
10      6401 Security Boulevard
        Baltimore, MD 21235
11      Telephone: (510) 970-4861
12      Facsimile: (415) 744-0134
        Email: Jennifer.Tarn@ssa.gov
13 Attorneys for Defendant
14
15              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
16                   EASTERN DIVISION
17
18 MARINA LOCKETT,              ) Case No. 5:22-cv-01668-MWF-JEM
                                )
19      Plaintiff,              )
                                ) **JUDGMENT**
20         v.                   )
                                )
21                              )
   KILOLO KIJAKAZI, Acting      )
22 Commissioner of Social Security, )
                                )
23      Defendant.              )
                                )
24
25
26
27
28

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 2/27/2023      _____

                       HONORABLE JUDGE JOHN E. MCDERMOTT
                       UNITED STATES MAGISTRATE JUDGE